No. 73–820. UNITED STATES v. GUANA-SANCHEZ. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1627. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK v. NEWSOME. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition, which reads as follows: "Does a state defendant's plea of guilty waive federal habeas corpus review of his conviction, even though under state law he has been permitted review in the state appellate courts of the denial of his motion, on constitutional grounds, to suppress the evidence that would have been offered against him had there been a trial?"

No. 73–5993. TEST v. UNITED STATES. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition, which reads as follows: "Does the Jury Selection and Service Act of 1968, 28 U. S. C. § 1861 *et seq.*, require that a defendant be provided access to jury lists and other jury records upon the filing of a sworn statement in compliance with 28 U. S. C. § 1867 (d) in support of a motion to quash the jury and upon the presentation of a prima facie claim of constitutional dimension, i. e., the systematic exclusion of Mexican-Americans from the jury array?"